**Order entered November 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00714-CV

### ROBERT L. WILSON, Appellant

### V.

### J. RANDLE HENDERSON, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15162**

## ORDER

Before the Court is the parties' November 15, 2018 "Rule 11 Agreement for Extension of Time to File Brief." We construe the document as a motion. We **GRANT** the motion and extend the time to file appellant's brief to December 27, 2018.

/s/      ADA BROWN
JUSTICE